

| DATE | DOCUMENT ID | DESCRIPTION | | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|---|--------|-------|------|------|
| 11/06/2024 | 202431102330 | Fictitious Name/Assignment (NFA) | | 25.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.



EXHIBIT
7

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 PUBLIC SQUARE, SUITE 4900
CLEVELAND, OH 44114

---

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
### 4845802

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**LOCUS MINING SOLUTIONS**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|-------------|-----------------|
| **Fictitious Name/Assignment** | **202431102330** |

**Effective Date:  11/06/2024**

LOCUS HOLDINGS, LLC
30600 AURORA ROAD, STE. 120
SOLON, OH 44139

Expiration Date:          04/01/2027



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 6th day of November, A.D. 2024.

**Ohio Secretary of State**

Form 524A Prescribed by:



**Frank LaRose**
*Ohio Secretary of State*

Toll Free: 877.767.3453  |  Central Ohio: 614.466.3910

OhioSoS.gov  |  business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

# Trade Name or Fictitious Name Registration Update
## Filing Fee: $25
## Form Must Be Typed

☒ (1) Assignment of Registered Name
   (116-RNA)

☐ (2) Change of Nature of Business
   (999-GEN)

☐ (3) Change of Address for Registrant
   (176-RNB)

☐ (4) Cancellation of Registration
   (184-RNX)

☐ (5) Change of Partners of Registrant, if Registrant is a General Partnership
   (999-GEN)

| | |
|---|---|
| Trade Name or Fictitious Name | LOCUS MINING SOLUTIONS |
| Registration Number | 4845802 |
| Name of Current Registrant | LOCUS MANAGEMENT, LLC |

**Complete the information in this section if box (1) is checked above**

New Registrant's Name: LOCUS HOLDINGS, LLC

New Registrant's Charter/Registration/License Number in Ohio *(if applicable)* 5310966

New Registrant's Address

Mailing Address: 30600 AURORA ROAD, STE. 120

City: SOLON    State: Ohio    ZIP Code: 44139

If new registrant is a General Partnership NOT registered in Ohio pursuant to ORC 1776, please provide the name and address of at least one general partner.

| Name | Address |
|---|---|
| | |
| | |
| | |

Note: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio.

Form 524A    Page 1 of 2    Last Revised: 06/2019

**Complete the information in this section if box (2) is checked**

The general nature of business conducted by the registrant:

**Complete the information in this section if box (3) is checked**

Registrant's New Address

Mailing Address

| City | | State | Ohio | ZIP Code | |

**No additional information required if box (4) is checked above. Please sign form below.**

**Complete the information in this section if box (5) is checked**

New General Partner(s) names(s) and addresses

**Name**                                    **Address**

**Note: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio.**

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

/s/ JOSEPH CONCANNON

Signature

By (if applicable)

JOSEPH CONCANNON

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.