IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHAD PAWLAK | ) | CASE NO. 1:26-cv-01264-CEF |
| | ) | |
| Plaintiff | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| LOCUS MANAGEMENT, LLC, *et al.* | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR ALL PAPERS** |
| Defendants | ) | |
| | ) | |

Notice is hereby given that Elliot M. Smith of the law firm Benesch, Friedlander, Coplan & Aronoff LLP enters his appearance as counsel of record for Defendant Locus Holdings, LLC. Request is hereby made that all future notices, papers and filings be served upon the undersigned at the office address set forth below.

Respectfully submitted,

*/s/ Elliot M. Smith*
Elliot M. Smith (0078506)
BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:   (216) 363-4500
Facsimile:   (216) 363-4588
Email:   esmith@beneschlaw.com

*Attorney for Defendant Locus Holdings, LLC*

28889705 v1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Elliot M. Smith*
Elliot M. Smith
*Attorney for Defendant Locus Holdings, LLC*

2