**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

Chad Pawlak

CIVIL CASE NO.   1:26-cv-01264

vs.

JUDGE     Fleming

Locus Management, LLC, et al.

PRAECIPE FOR ISSUANCE

☒        ORIGINAL SUMMONS

☐        ALIAS SUMMONS

☐        THIRD PARTY SUMMONS

☐        CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐        CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐        WRIT OF EXECUTION

☐        OTHER (Please Specify)        _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  7/9/26                           By:     Michael Fortney

                                        Attorney for  Chad Pawlak

revised 02/2009