**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHAD PAWLAK, | ) | CASE NO. 1:26-CV-01264 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| LOCUS MANAGEMENT, LLC and | ) | |
| LOCUS HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LOCUS HOLDINGS, LLC'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Locus Holdings, LLC ("Holdings") moves this Court to dismiss Counts Two and Three of Plaintiff Chad Pawlak's ("Plaintiff") Complaint (ECF No. 1) on the grounds that, even assuming the truth of Plaintiff's allegations, Counts Two and Three fail to state a claim against Holdings upon which relief may be granted. The Complaint is grounded almost entirely in conclusory statements, conjecture, and speculation. In some instances, Plaintiff simply recites the bare elements of the cause of action he is attempting to assert without any effort to allege facts supporting those elements. The Complaint is a textbook example of "barebones" pleading that fails to meet the minimum threshold requirements for demonstrating a plausible claim for relief on the face of the Complaint.

Accordingly, the Complaint should be dismissed with prejudice. A Memorandum in Support is attached hereto.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Elliot M. Smith*
ELLIOT M. SMITH (0078506)
DAVID R. MAYO (0014345)
DAVID M. WALTERS (0104248)
**BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP**
127 Public Sq., Ste. 4900
Cleveland, OH 44114
Telephone:  216.363.4500
Email: esmith@beneschlaw.com
        dmayo@beneschlaw.com
        dwalters@beneschlaw.com

*Attorneys for Defendant Locus Holdings, LLC*

2