AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1264

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Locus Management, LLC

was received by me on *(date)* 07/09/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Served the summons via USPS Priority Mail, according to Ohio Rules of Civil Procedure Rule 4.1(A)(1). Tracking number 9405550105795029080758. Delivered July 13, 2026.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/19/2026

/s/Michael R. Fortney
*Server's signature*

Michael R. Fortney
*Printed name and title*

300 Weatherstone Dr. #303
Wadsworth, OH 44281
*Server's address*

Additional information regarding attempted service, etc: