JAMS

EXHIBIT 2

JAMS ARBITRATION
No. 5390000131

| | |
|---|---|
| IN THE MATTER OF: | ) |
| CHAD PAWLAK, | ) |
| CLAIMANT, | ) |
| v. | ) |
| LOCUS MANAGEMENT, LLC | ) |
| RESPONDENT. | ) |

FINAL AWARD
Order No. 8

This is a Final Award in the arbitration of Chad Pawlak v Locus Management, LLC. On May 21, 2025, the Arbitrator issued a Summary Determination in favor of the Claimant. This is a Final Award in this Arbitration. The Summary Determination is re-stated here. A determination of damages is entered.

## I. SUMMARY DETERMINATION COUNT I

The matter was before the Arbitrator for determination of the Claimant's Motion for Summary Determination. That motion and notice of the conference was posted to JAMS Access and notice was given to all the Respondent and Mr. Concannon.

JAMS Comprehensive Arbitration Rules and Procedures, Rule 18 allows for a Party to seek summary disposition.

> The Arbitrator may permit any Party to file a Motion for Summary Disposition of a particular claim or issue, either by agreement of all interested Parties or at the request of one Party, provided other interested Parties have reasonable notice to respond to the

request. The Request may be granted only if the Arbitrator determines that the requesting Party has shown that the proposed motion is likely to succeed and dispose of or narrow the issues in the case.

The Claimant's motion argued that there was no question of fact regarding his claims in Count I and that he is entitled to relief. There was no question of fact because the Respondent did not contest these claims. On that basis Summary Determination was granted.

II. DAMAGES LETTER

The Claimant's claims for damages are not contested and for that reason they are granted.

IT IS HEREBY ORDERED

1) A Summary Determination in favor of the Claimant and against the Respondent is granted on Count I and on Count II.

2)

A. An award damages as requested is granted: $1,198,260.18.

B. An award of attorney fees as requested is granted: $103,700.00.

C. Arbitration costs as requested are granted: $11,475.62.

TOTAL $1,198,260.18

ENTERED

JAMES E. SNYDER

July 15, 2025